1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                        DISTRICT OF NEVADA

7                                * * *

8   KENNETH W. HATLEN,                      )
                                            )
9                                           )
                            Plaintiff,      )        2:13-cv-0771-APG-NJK
10                                          )
    vs.                                     )
11                                          )
    STATE OF NEVADA,                        )             **O R D E R**
12                                          )
                                            )
13                          Defendants.     )
    _____ )
14
15          Before the Court is Petitioner's Motion to Stay (#7). Pursuant to LR 78-2, the Court

16  decides this motion without a hearing.

17          The Petitioner has requested a 90-day stay of proceedings.  However, this case was

18  dismissed and the clerk entered judgment in favor of the State of Nevada on May 21, 2013.

    Additionally, the Court ordered that the petitioner must pursue any further requests for relief in a
19
    new action under a new docket number. Therefore, no proceedings exist for the Court to stay.
20
                                    **CONCLUSION**
21
            Based on the foregoing, and good cause appearing therefore,
22
            IT IS HEREBY ORDERED that Petitioner's Motion to Stay (#7) is DENIED.
23
    DATED this   31st   day of May, 2013
24
25
26
27                                          _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge
28