1

2

3

4

5              UNITED STATES DISTRICT COURT

6                    DISTRICT OF NEVADA

7                            * * *

8    KENNETH W. HATLEN,                    )
                                           )
9                                          )
                          Plaintiff,       )          2:13-cv-0771-APG-NJK
10                                         )
     vs.                                   )
11                                         )
     STATE OF NEVADA,                      )              **O R D E R**
12                                         )
                                           )
13                        Defendants.      )
     _____)

14

15          Before the Court is Petitioner's Motion to Stay (#7). Pursuant to LR 78-2, the Court

16   decides this motion without a hearing.

17          The Petitioner has requested a 90-day stay of proceedings.  However, this case was

18   dismissed and the clerk entered judgment in favor of the State of Nevada on May 21, 2013.

     Additionally, the Court ordered that the petitioner must pursue any further requests for relief in a

19   new action under a new docket number. Therefore, no proceedings exist for the Court to stay.

20                              **CONCLUSION**

21          Based on the foregoing, and good cause appearing therefore,

22          IT IS HEREBY ORDERED that Petitioner's Motion to Stay (#7) is DENIED.

23   DATED this ___31st___ day of May, 2013

24

25

26

27                                    _____
                                      NANCY J. KOPPE
28                                    United States Magistrate Judge